UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2026-CR-80182 Damian/Maynard
8 U.S.C. § 1324 (a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(i)
8 U.S.C. § 1324(b)(1)

UNITED STATES OF AMERICA

v.

RICHARD A. LEVENS and
FANGJING HUANG,

Defendants. /

FILED BY SW D.C.
AUG 18 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Conspiracy to Bring Aliens to the United States at a Place Other Than a Designated Port of Entry and to Encourage and Induce Illegal Entry (8 U.S.C. § 1324(a)(1)(A)(v)(I))**

Beginning in or around September 2024, the exact date being unknown to the Grand Jury, and continuing through on or about September 15, 2024, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**RICHARD A. LEVENS and
FANGJING HUANG,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is:

(a) to bring aliens to the United States, knowing that such persons were aliens, and at a place other than as designated by the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i); and

(b) to encourage and induce aliens to come, enter, and reside in the United States, in reckless disregard of the fact that such coming to, entry, and residence, is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv);

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i).

**COUNTS 2–4**
**Attempt to Bring Aliens to the United States at a Place Other Than a Designated Port of Entry**
**(8 U.S.C. § 1324(a)(1)(A)(i))**

On or about September 15, 2024, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**RICHARD A. LEVENS and**
**FANGJING HUANG,**

did knowingly attempt to bring aliens to the United States, as set forth in Counts 2 through 4 below, knowing that such persons were aliens, and at a place other than as designated by the Secretary of Homeland Security:

| Count | Alien |
|---|---|
| **2.** | **Jingbei "James" Huang** |
| **3.** | **Dongmei Huang** |
| **4.** | **Yunbo "Brandon" Huang** |

In violation of Title 8, United States Code, Section 1324(a)(1)((A)(i) and (a)(1)(B)(i).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RICHARD A. LEVENS** and **FANGJING HUANG,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1324(a)(1)(A), the defendants shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; any gross proceeds resulting from the commission of the offense; and any property traceable to such conveyance or proceeds, pursuant to Title 18, United States Code, Section 1324(b)(1).

All pursuant to Title 18, United States Code, Section 1324(b)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

For

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

VITALIY KATS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**v.**

**RICHARD A. LEVENS and**
**FANGJING HUANG** /

**CASE NO.:** 2026-CR-80182 Damian/Maynard

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Chinese (for Huang)
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | (Check only one) |
|---|---|
| I ☑ 0 to 5 days | ☐ Petty |
| II ☐ 6 to 10 days | ☐ Minor |
| III ☐ 11 to 20 days | ☐ Misdemeanor |
| IV ☐ 21 to 60 days | ☑ Felony |
| V ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____________ Magistrate Case No. ____________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of ____________
10. Defendant(s) in state custody as of ____________
11. Rule 20 from the ________ District of ________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: /s/ Vitaliy Kats
VITALIY KATS
Assistant United States Attorney
Florida Bar No. 118748

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Richard A. Levens

**Case No**: 2026-CR-80182 Damian/Maynard

Count #: 1

Conspiracy to Bring Aliens to the United States at a Place Other Than a Port of Entry and to Encourage and Induce Illegal Entry

8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i)
*** Max. Term of Imprisonment: 10 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**
*** Special Assessment: $100 upon conviction**

Counts #: 2–4

Attempt to Bring Aliens to the U.S. at a Place Other Than a Port of Entry

8 U.S.C. § 1324(a)(1)(A)(i) and (a)(1)(B)(i)
*** Max. Term of Imprisonment: 10 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**
*** Special Assessment: $100 upon conviction**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Fangjing Huang

**Case No:** 2026-CR-80182 Damian/Maynard

Count #: 1

Conspiracy to Bring Aliens to the U.S. at a Place Other Than a Port of Entry and to Encourage and Induce Illegal Entry

8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i)

*** Max. Term of Imprisonment: 10 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**
*** Special Assessment: $100 upon conviction**

Counts #: 2–4

Attempt to Bring Aliens to the U.S. at a Place Other Than a Port of Entry

8 U.S.C. § 1324(a)(1)(A)(i) and (a)(1)(B)(i)

*** Max. Term of Imprisonment: 10 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**
*** Special Assessment: $100 upon conviction**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**